JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE WEATHERSPOON, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>MGKF TRADING, LLC, a California limited liability company; and DOES 1-10,<br><br>            Defendants. | Case No.: 2:21-cv-01834-SK<br><br>*Hon. Steve Kim*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  February 26, 2021<br>Trial Date:    Not on Calendar |

1
ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Wayne Weatherspoon's action against Defendant MGKF Trading, LLC is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 9, 2021

Hon. Steve Kim
United States Magistrate Judge